UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 26891
    KARL VARGA
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-1793

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/06/2005 and was confirmed 08/31/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  85.16% from remaining funds.

    The case was paid in full 08/14/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SV | SECURED | 4148.00 | 240.08 | 4148.00 |
| ECAST SETTLEMENT CORP | SECURED | 500.00 | 21.60 | 500.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2174.29 | .00 | 1851.65 |
| AMEX ASSURANCE CO | UNSECURED | 4971.14 | .00 | 4233.47 |
| ALLEN KELSON | NOTICE ONLY | NOT FILED | .00 | .00 |
| SAFETY & FINANCIAL RESP | NOTICE ONLY | NOT FILED | .00 | .00 |
| ACTION CARD VISA PLATINU | UNSECURED OTH | 784.74 | .00 | 668.24 |
| CAPITAL ONE | UNSECURED | 713.36 | .00 | 607.50 |
| ECAST SETTLEMENT CORP | UNSECURED | 855.00 | .00 | 728.13 |
| LVNV FUNDING LLC | UNSECURED | 4046.26 | .00 | 3445.84 |
| AMERICREDIT FINANCIAL SV | UNSECURED | 191.81 | .00 | 163.35 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 1,212.14 |
| DEBTOR REFUND | REFUND | | | 184.20 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 20,704.20

PRIORITY                                        .00
SECURED                                    4,648.00
    INTEREST                                 261.68
UNSECURED                                 11,698.18
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                       1,212.14
DEBTOR REFUND                                184.20
                    ---------------   ---------------
TOTALS                 20,704.20          20,704.20


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 26891 KARL VARGA

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 11/20/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE


                              PAGE   2
           CASE NO. 05 B 26891 KARL VARGA